# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2003
LT Case Nos. 05-2013-CF-051774-A
05-2013-CF-051775-A
05-2013-CF-066169-A
05-2013-CF-066170-A
05-2013-CF-066171-A
05-2013-CF-013562-A

———————————————

TODD A. WAGNER, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Kathryn M. Speicher, Judge.

Matthew J. Metz, Public Defender, and Andrew Clayton Mich,
Assistant Public Defender, Daytona Beach, for Appellant.

Todd A. Wagner, Jr., Jasper, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.


May 7, 2026

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____